**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| DMS IMAGING, INC., | ) |
|     Plaintiff, | ) |
| v. | ) No. 08-00360-CV-W-FJG |
| DWYER INSTRUMENTS, INC., et al., | ) |
|     Defendants. | ) |

## ORDER

On August 2, 2010, the Honorable Judge John Maughmer informed the Court that the parties had reached a settlement of this case. In order to appropriately monitor its docket, the Court hereby **ORDERS** the parties to file on or before **FRIDAY**, **AUGUST 27**, **2010**, either (1) a stipulation of dismissal, or (2) a status report which details the progress of final settlement arrangements.

**IT IS SO ORDERED.**

Date: 8/3/2010  
Kansas City, Missouri

**/s/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge